RECEIVED
BY:
MAR 0 4 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

$250.00
rcv'd

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALISIA MARSHALL, FERRAR MARSHALL, CARLEANA ELMORE AND ALLEN MARSHALL, JR. | CIVIL ACTION NO. |
| VERSUS | 3:08cv0310 |
| RAY A. DAVIS, PENSKE TRUCK LEASING, BRIDGFOOD MARKETING COMPANY AND AMERICAN ZURICH INSURANCE COMPANY | JURY TRIAL DEMANDED |

## NOTICE OF REMOVAL AND REQUEST FOR TRIAL BY JURY

Pursuant to 28 U.S.C. §§1441 and 1446, defendants, Bridgford Marketing Company and American Zurich Insurance Company, files this Notice of Removal of the above-captioned action from the Fourth Judicial District Court, Parish of Ouachita, State of Louisiana, to the United States District Court for the Western District of Louisiana. In connection with this Notice of Removal, the defendant respectfully represents as follows:

1.

On or about February 6, 2008, the matter of *Alisia Marshall, et al v. Ray A. Davis, et al,"* was filed in the Fourth Judicial District, Parish of Ouachita, State of Louisiana, and assigned Docket No. 08-0485. A copy of the Petition is attached hereto as Attachment "1."

2.

On February 12, 2008, defendant, American Zurich Insurance Company, was served with a copy of the Petition for Damages.

3.

Upon information and belief, plaintiffs are residents of the State of Louisiana. Bridgford Marketing Company is a corporation organized and registered in the State of California. Penske Truck Leasing Corporation is a corporation organized and registered in the State of Pennsylvania. Ray A. Davis is a resident of the State of Texas. American Zurich Insurance Company is an insurance company, organized and registered in the State of Illinois.

4.

This Court has jurisdiction over this action pursuant to 28 U.S.C. §1332(a) because the amount in controversy exceeds $75,000 and is between citizens of different states.

5.

Pursuant to 28 U.S.C. §§1441(a) and 1446, this action is removable because this Court has jurisdiction over this case, this Notice of Removal is filed within 30 days after receipt of the Citation and the Petition for Damages by the defendant, and the state court in which this action was commenced is within this Court's judicial district.

6.

As required by 28 U.S.C. §1446(d), a Notice to State Court of Filing of Notice of Removal, and a copy of this Notice of Removal, will be promptly filed in the Fourth Judicial District Court, Parish of Ouachita, State of Louisiana, and served on plaintiff. A copy of the Notice to State Court of Filing of Notice of Removal is attached to this Notice of Removal as Attachment "2".

7.

There are no pending motions before the Fourth Judicial District Court relative to the plaintiff's Petition.

8.

Defendant requests a trial by jury on all issues triable by jury.

9.

Ray Davis and Penske Truck Leasing have not been served with the State Court Petition. When they are properly served, they will be represented by undersigned counsel. Ray Davis and Penske Truck Leasing consent to the removal.

**WHEREFORE**, defendants, Bridgford Marketing Company and American Zurich Insurance Company, respectfully request the removal of this action from the Fourth Judicial District Court, Parish of Ouachita, State of Louisiana, to the United States Court for the Western District of Louisiana.

        Respectfully submitted:

        THE LAW OFFICE OF
        GERALDINE FONTENOT-ROBERTS

By: _/s/ Valerie Schexnayder_
        **Valerie T. Schexnayder, T.A., No. 19779**
        Geraldine Fontenot-Roberts, No. 19574
        William J. Mitchell, II, No. 17063
        Terri M. Collins, No. 18315
        450 Laurel Street, Suite 1701
        Baton Rouge, LA 70801
        Phone: 225-382-5550
        Fax: 225-382-5555

## **CERTIFICATE**

I HEREBY CERTIFY that a copy of the above and foregoing has been forwarded this day, postage pre-paid and properly addressed, to all known counsel of record.

Baton Rouge, Louisiana this _3_ day of _March_, 2008.

_Valerie Schexnayder_
Valerie T. Schexnayder

$350.00 rcv'd

# THE LAW OFFICE OF
# GERALDINE FONTENOT-ROBERTS

Employees of a Member Company of Zurich Financial Services Group

ATTORNEYS AT LAW

GERALDINE FONTENOT-ROBERTS
WILLIAM J. MITCHELL, II
TERRI MADERSON COLLINS
VALERIE T. SCHEXNAYDER

450 LAUREL STREET, SUITE 1701
BATON ROUGE, LOUISIANA 70801

MAIN: (225) 382-5550
FAX: (225) 382-5555

*Lafayette Office*
2014 W. Pinhook Road
Suite 603
Lafayette, LA 70508
(337) 235-7888
Fax: (337) 235-7724

RECEIVED
BY: ____
MAR 0 4 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

March 3, 2008

**VIA OVERNIGHT MAIL**
Clerk of Court
USDC, Western District
300 Fannin Street, Suite 1167
Shreveport, LA 71101

    RE:    Alisia Marshall, et al v. Ray A. Davis, et al
            USDC, Western District; Civil Action No. _____

Dear Clerk:

Please find enclosed an original and two (2) copies of the following:

1. Notice of Removal and Request for Trial by Jury (with attachments);

2. Certificate of Compliance;

3. Rule 7.1 Disclosure Statement; and

4. Notice of Filing of Notice of Removal.

Please file the originals into the record and return a conformed copy in the self-addressed, stamped envelope provided.

Also enclosed is our company check in the amount of $350.00 for costs of filing.

Should you have any questions, please feel free to contact my office at (225) 382-5550.

Clerk of Court
March 3, 2008
Page 2

With kind personal regards, I remain

Very truly yours,

*Valerie Schexnayder*
Valerie T. Schexnayder

VTS/csc
Enclosure
cc: Mr. Stuart E. Spears (Claim No. 472-0045307-001)/Dallas
    Mr. Gary Parris
    Mr. James E. Ross, Jr.