U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
MONROE
MAR 24 2009
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALISIA MARSHALL, FERRAR MARSHALL, CARLEANA ELMORE AND ALLEN MARSHALL, JR. | CIVIL ACTION NO. 3:08CV0310 |
| | JUDGE ROBERT JAMES |
| VERSUS | |
| RAY A. DAVIS, PENSKE TRUCK LEASING, BRIDGFOOD MARKETING COMPANY AND AMERICAN ZURICH INSURANCE COMPANY | MAGISTRATE JUDGE HAYES |
| | JURY TRIAL DEMANDED |

### Judgment ~~ORDER~~

Considering the foregoing Motion for Dismissal: [Doc. No. 32]

**IT IS ORDERED, ADJUDGED AND DECREED** that the above entitled and numbered proceeding be dismissed, with prejudice and at defendants' costs.

**READ AND SIGNED** this 24 day of March, 2009 at Monroe, Louisiana.

JUDGE, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA